IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCINDA GOODMAN | CIVIL ACTION |
| v. | No. 02-CV-3647 |
| PARKWAY MORTGAGE, INC., A SUCCESSOR TO SAMMONS MORTGAGE, INC., et al | |

**<u>ENTRY OF APPEARANCE</u>**

TO THE CLERK:

    Kindly enter the appearance of Sharon Oras Morgan, Esquire of the firm, Mattleman, Weinroth & Miller on behalf of Defendant, Mattleman, Weinroth & Miller.

                                                      MATTLEMAN, WEINROTH & MILLER

DATED:                                BY:_____
                                                Sharon Oras Morgan, Esquire
                                                401 Route 70 East
                                                Cherry Hill, NJ 08045