IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUCINDA GOODMAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PARKWAY MORTGAGE, INC., et al.** | : | **NO. 02-3647** |

### O R D E R

**AND NOW,** this          day of March, 2003, as the Preliminary Objections of Defendant Richard W. Allgood (Doc. #12) are actually a motion to dismiss the complaint as to defendant Allgood, and shall be construed as such by the Court, **IT IS HEREBY ORDERED** that plaintiff shall have fourteen (14) days from the date of this Order to file any response to defendant Allgood's preliminary objections.

                              BY THE COURT:


                              _____
                              **Clifford S. Green, Judge for
                              Honorable Jay C. Waldman**