IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GOODMAN                              :          CIVIL ACTION
                                     :
                                     :
        v.                           :
                                     :
                                     :
PARKWAY MORTGAGE                     :          NO. 02-3647



O R D E R


        AND NOW, this 7th day of April, 2003, in accordance with the court's
procedure for random reassignment of cases, it is hereby
                ORDERED that the above-captioned case is reassigned from the calendar of
the Honorable Jay C. Waldman to the calendar of the Honorable Clifford Scott Green, subject to
further order of this court.



                        FOR THE COURT:

                        JAMES T. GILES
                        Chief Judge

                        ATTEST:


                        _____
                        MICHAEL E. KUNZ
                        Clerk of Court