IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lucinda Goodman | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 02-CV-3647 |
| | : |
| v. | : |
| | : |
| Parkway Mortgage, Inc., a Successor to Sammons Mortgage, Inc.; Midland National Life Insurance Co.; Parkway Mortgage, Inc.; Greenfield Liquidation Corporation; J. Brian Moran; Wachovia National Bank of Delaware as Successor in Interest to First Union National Bank; Interbay Funding, LLC; Mattleman, Weinroth & Miller, P.C.; and Richard W. Allgood, IFA | : |
| | : |
| Defendants | : |

**Stipulation of Plaintiff And Defendant Richard W. Allgood to Extend Time For Plaintiff to Respond to Preliminary Objections of Defendant Richard W. Allgood**

The parties, by their respective counsel, stipulate and agree that the deadline for filing Plaintiff's Response to Defendant Richard W. Allgood's Preliminary Objections is hereby extended fourteen (14) days from April 10, 2003 to April 24, 2003.


By:_____          By:_____
   Robert H. Montgomery, Esquire                        Joseph Gembala, Esquire
   Attorney for Plaintiff                                         Attorney for Defendant
                                                                         Richard W. Allgood

**Dated: April 10, 2003**                                        **Dated: April 10, 2003**


**IT IS SO ORDERED**


_____
                                  **J.**