```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LUCINDA GOODMAN                   :        CIVIL ACTION
                                  :
          v.                      :
                                  :
PARKWAY MORTGAGE, INC., ET AL.    :        NO. 02-3647
```

### **O R D E R**

AND NOW, this 11th day of June, 2003, it is Ordered that a status conference will be held on June 19, 2003 at 11:00 a.m. in chambers.

```
ATTEST:                           or     BY THE COURT




BY: Michael Owens
    Deputy Clerk                          CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)
```