## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lucinda Goodman | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 02-CV-3647 |
| | : |
| v. | : |
| | : |
| Parkway Mortgage, Inc., a Successor to | : |
| Sammons Mortgage, Inc., et al. | : |
| | : |
| Defendants | : |
| | : |

**Praecipe to Withdraw Adam A. DeSipio as Counsel**

TO:  Clerk
United States District Court, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Kindly withdraw the appearance of Adam A. DeSipio for the Plaintiff as counsel in the above-captioned matter.

By: _____
Adam A. DeSipio, Esquire

Dated: June 12, 2003